DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ARLENE PREUDHOMME,** on behalf of **AIDAN BAILEY** and **DILLAN BAILEY,**
Appellant,

v.

**GARTH F. BAILEY,**
Appellee.

No. 4D19-1397

[March 19, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Andrea Ruth Gundersen, Judge; L.T. Case No. 18-8018 DVCE (58).

Arlene Preudhomme, Pembroke Pines, pro se.

No brief filed on behalf of appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., CIKLIN and GERBER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***